UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| STEPHEN T. WATSON, | ) |
| Plaintiffs | ) ) |
| v. | ) CAUSE NO. 3:06-CV-099 RM ) |
| CATERING BY DESIGN, *et al.*, | ) ) |
| Defendants | ) ) |

<u>OPINION AND ORDER</u>

Stephen T. Watson, a *pro se* plaintiff, submitted a third petition for leave to proceed *in forma pauperis*, but it too is incomplete. Mr. Watson did not fully answer question 2b and he did not answer questions 3a, b, c, e, and f.

For the foregoing reasons, the court **DENIES** the *in forma pauperis* petition (docket # 6) and **DISMISSES** this case **WITHOUT PREJUDICE** for non-payment of the filing fee.

SO ORDERED.

ENTERED: February 21, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court